

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00473-CV

**IN THE INTEREST OF B.W.C.**, a Child

From the County Court, Jim Wells County, Texas
Trial Court No. 11-06-50160-CV
Honorable David A. Sanchez, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the order of the trial court is AFFIRMED. It is ORDERED that the appellee recover her costs of this appeal from appellant.

SIGNED January 30, 2019.

Liza A. Rodriguez, Justice